**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RASHETA BUNTING, Individually and as the
representative of a class of similarly situated persons,

                       Case No.   1:20-cv-4950-FB-RER

                Plaintiff,

      - against -

WANTABLE, INC.,

                Defendants.
------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

      Rasheta Bunting, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Wantable, Inc.  No Answer has been filed in this case.

Dated:  Scarsdale, New York
         November 13, 2020

                                        SHAKED LAW GOUP, P.C.
                                        Attorneys for Plaintiff

                               By:  */s/Dan Shaked*
                                    Dan Shaked (DS-3331)
                                    14 Harwood Court, Suite 415
                                    Scarsdale, NY 10583
                                    Tel. (917) 373-9128
                                    Fax (718) 704-7555
                                    e-mail: ShakedLawGroup@Gmail.com